UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT BEENE, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09cv0651 TCM |
| THE CITY OF ST. LOUIS, MISSOURI, a municipal corporation, et al., | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on Plaintiff's unopposed motion for leave to file a first amended complaint. This motion is granted. [Doc. 14]

Also pending is Defendants' motion to dismiss the original complaint. This motion is denied as moot. [Doc. 11]

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of June, 2009.