UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT BEENE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case no. 4:09cv0651 TCM |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum and Order filed this date in the above-named cause of action and incorporated herein,

IT IS HEREBY ORDERED the claims of Robert Beene against the City of St. Louis are DISMISSED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  17th  day of December, 2009.